UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUMOTEXT CORP.,<br><br>        Plaintiff,<br><br>   v.<br><br>ZOOVE, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-01370-BLF<br><br>**ORDER SETTING DEADLINE FOR OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Re: ECF 15] |

On March 21, 2016, Plaintiff Sumotext Corporation filed the complaint in this action, alleging breach of contract and related claims against Defendants Zoove, Inc. and Virtual Hold Technology, LLC. Compl., ECF 1. On March 24, Plaintiff filed an application for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue. Pl.'s Ex Parte Motion, ECF 15. Defendants have waived service of process, but they have not yet appeared in the case. Plaintiff represents that it gave Defendants notice of the imminent application for TRO on March 21, 2016; will serve Defendants with the TRO application and supporting papers on March 25, 2016; and will notify Defendants of the hearing date on the TRO application if one is set.

Defendants SHALL FILE any opposition to the TRO application on or before Monday, March 28, 2016. The matter thereafter will be submitted without oral argument unless the parties are informed otherwise by the Court.

Plaintiff SHALL SERVE each Defendant with a copy of this order as soon as is practicable.

**IT IS SO ORDERED.**

Dated: March 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge