United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SUMOTEXT CORP.,

    Plaintiff,

v.

ZOOVE, INC., et al.,

    Defendants.

Case No. 16-cv-01370-BLF

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

On March 31, 2016, the Court issued a temporary restraining order ("TRO") enjoining Defendants from terminating Plaintiff's StarStar leases pending a hearing on Plaintiff's motion for preliminary injunction. Order Granting Application for Temporary Restraining Order, ECF 27. The Court directed the parties to file supplemental briefing and set the preliminary injunction motion for hearing on April 14, 2016. *Id.*

Having reviewed the parties' supplemental briefing, the Court has determined that it will require additional time to evaluate the parties' arguments and issue a reasoned decision following the April 14, 2016 hearing date. Accordingly, the TRO is HEREBY EXTENDED an additional fourteen days, through April 28, 2016.

**IT IS SO ORDERED.**

Dated: April 12, 2016

_____
BETH LABSON FREEMAN
United States District Judge