AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

| | |
|---|---|
| SUMOTEXT CORP.<br>Plaintiff (s),<br>V.<br>ZOOVE, INC. et. al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 5:16-cv-01370 |

Notice is hereby given that, subject to approval by the court, __SUMOTEXT CORP.__ substitutes
(Party (s) Name)

__David Merrill Daniels__, State Bar No. __170315__ as counsel of record in
(Name of New Attorney)

place of __Renee Bea, Adam Cashman and Katie Erno of Singer/Bea LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Gilbert Kelly Crowley & Jennett LLP

Address: 1013 Galleria Blvd., Ste., 110, Roseville, CA 95678

Telephone: (916) 472-3301    Facsimile (916) 472-3329

E-Mail (Optional): ddaniels@gilbertkelly.com

I consent to the above substitution.                     Tim Miller
Date:    MAY 4, 2016                                                  _____
                                                                                (Signature of Party (s))

I consent to being substituted.                           Adam S. Cashman
Date:    May 4, 2016                                                  _____
                                                                                (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    May 5, 2016                                                  _____
                                                                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    T æ Á ÊŒFÎ                                                  _____
                                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]