≈AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| SUMOTEXT CORP.<br>            Plaintiff (s),<br>V.<br>ZOOVE, INC., et al.<br>            Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 5:16-cv-01370 |

Notice is hereby given that, subject to approval by the court, __SUMOTEXT CORP.__ substitutes
(Party (s) Name)

__Angela Diesch__, State Bar No. __256253__ as counsel of record in
(Name of New Attorney)

place of __Renee Bea, Adam Cashman and Katie Erno of Singer/Bea LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:          Gilbert Kelly Crowley & Jennett LLP
   Address:            1013 Galleria Blvd., Ste., 110, Roseville, CA 95678
   Telephone:          (916) 472-3303                Facsimile  (916) 472-3329
   E-Mail (Optional):  adiesch@gilbertkelly.com

I consent to the above substitution.
Date:    MAY 4, 2016                            _Tim Miller_
                                                 (Signature of Party (s))

I consent to being substituted.
Date:    May 4, 2016                             _Adam S. Cashman_
                                                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    May 4, 2016                             _[signature]_
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    _[illegible]_                           _Beth Labson Freeman_
                                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]