David M. Daniels (SBN: 170315)
ddaniels@gilbertkelly.com
Gilbert, Kelly, Crowley & Jennett LLP
1013 Galleria Blvd., Ste. 205
Roseville, CA 95678
Telephone:    (916) 472-3301
Facsimile:     (916) 472-3329

Julie D. Greathouse (admission *pro hac vice*)
julie@ppgmrlaw.com
PPGMR Law, PLLC
P.O. Box 251618
Little Rock, Arkansas 72225
Telephone:    (501) 603-9000
Facsimile:     (501) 603-0556
Attorneys for Plaintiff Sumotext Corp.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SUMOTEXT CORP., a Nevada corporation, | CASE NO. 5:16-CV-01370-BLF |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT HEARING AND RESCHEDULING DEADLINES** |
| ZOOVE, INC., a Delaware corporation, d/b/a STARSTAR MOBILE; and VIRTUAL HOLD TECHNOLOGY LLC, a Delaware Limited Liability Company; STARSTEVE, LLC, a Florida limited liability company; and MBLOX, INC., a Delaware corporation, | |
| Defendants. | |

1  Upon consideration of the parties' Joint Motion for Continuance of the Initial Case
2  Management Hearing, the Court finds that the hearing set for June 23, 2016 at 11:00 a.m. be
3  rescheduled to  July 28, 2016  at  11:00 am ; and the last day to file the Rule 26(f) Report shall be
4  July 21, 2016 .

6  Dated: June 14, 2016

8  PPGMR LAW, PLLC

9  By:  /s/ Julie D. Greathouse
    Julie D. Greathouse
10   Attorneys for Plaintiff, SUMOTEXT CORP.

12  WINSTON & STRAWN LLP

13  By:  /s/ David Bloch
14   David Bloch
    Attorneys for Defendants, ZOOVE, INC. and
15   VIRTUAL HOLD TECHNOLOGY LLC