UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 7/28/2016 | **Time:** 11:00-11:20 am | **Judge:** BETH LABSON FREEMAN |
|---|---|---|
| **Case No.**: 16-cv-01370-BLF | **Case Name:** Sumotext Corp. v. Zoove, Inc., et al. | |

**Attorney for Plaintiff:** David Daniels, Julie Greathouse
**Attorney for Defendant:** David Bloch, Alexandra McTague (Zoove, Inc. & VHT, LLC), Thomas FitzGibbon (Starsteve, LLC), Steven Berki, Douglas Kertscher (mBlox, Inc.)

**Deputy Clerk:** Adriana M. Kratzmann          **Court Reporter:** FTR:11:00-11:20

PROCEEDINGS – INITIAL CASE MANAGEMENT CONFERENCE

Hearing held.

Currently there is a Motion to Dismiss pending before the Court noticed for 12/1/2016.  The Court will confirm advancing that hearing date to 10/13/2016 and if advanced will file a notice of hearing.  Schedules of parties confirmed for the hearing date of 10/13/2016.  Also, Court will allow joinders for the Motion to Dismiss but NO other pleadings.
Counsel agreed mediation is premature at this time.
The Court ordered a PARTIAL STAY of discovery as to the Anti-Trust claims until the Court rules on the motion to dismiss.
**It is ORDERED that Plaintiff's Bond in the amount of $25,000 be released.**
Parties are to meet and confer re all other deadlines not addressed below and to submit a stipulation and proposed order to the Court for approval.
Parties shall try to agree on a briefing schedule for the motions for summary judgment in advance if possible.

**PRETRIAL SCHEDULE:**

**Dispositive Motions heard by:  July 19, 2018 (possibly 3 motions reserved for this date)**

**Final Pretrial Conference:** September 20, 2018 at 1:30 pm

**Trial:  October 15, 2018 a**t **9:00 am, for 7 days\*, by (X) Jury     ( ) Court**
**(\*w/out antitrust claims, if antitrust claims 4 weeks)**

**Jury Selection: October 12, 2018 at 9am**

**Order to be prepared by:**
( )     Plaintiff                    ( )     Defendant            (X )     Court