# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SUMOTEXT CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>ZOOVE, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-01370-BLF<br><br>**ORDER RELEASING FUNDS DEPOSITED IN THE COURT REGISTRY TO PLAINTIFF** |

On March 31, 2016, the Court issued an order granting Plaintiff Sumotext Corporation's application for a temporary restraining order, setting a hearing on Sumotext's motion for a preliminary injunction, and directing Sumotext to provide security in the amount of $25,000 pursuant to Federal Rule of Civil Procedure 65(c). *See* Order, ECF 27. Sumotext deposited $25,000 with the Court on April 1, 2016. *See* Fedwire Download Report, ECF 28.

On April 26, 2016, the Court issued an order denying Sumotext's motion for a preliminary injunction and dissolving the temporary restraining order. *See* Order, ECF 39. Sumotext did not file a request for release of the deposited funds or otherwise seek to withdraw the deposited funds until Sumotext's counsel orally requested release of the deposited funds at a Case Management Conference on July 28, 2016.

IT IS HEREBY ORDERED that the $25,000 deposited with the Court by Sumotext, as well as all interest accrued on those funds while deposited with the Court, be released to Sumotext Corporation.

Dated: August 1, 2016

                                                                 /s/ Beth Labson Freeman
                                                               BETH LABSON FREEMAN
                                                               United States District Judge