UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUMOTEXT CORP.,<br><br>        Plaintiff,<br><br>   v.<br><br>ZOOVE, INC., et al.,<br><br>        Defendants. | Case No. 16-cv-01370-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEY POOYA SHOGHI PRO HAC VICE**<br><br>[Re: ECF 196] |

Counsel for Defendants Zoove, Inc. and Virtual Hold Technology LLC, Pooya Shoghi, has filed an Application for Admission of Attorney Pro Hac Vice. Application, ECF 196. However, counsel's address of record is located in Menlo Park, California. *Id.* Under this Court's Civil Local Rules, an attorney generally "is not eligible for permission to practice pro hac vice if the applicant: (1) Resides in the State of California; or (2) Is regularly engaged in the practice of law in the State of California." Civ. L.R. 11-3(b). This rule does not apply "if the pro hac vice applicant (i) has been a resident of California for less than one year; (ii) has registered with, and completed all required applications for admission to, the State Bar of California; and (iii) has officially registered to take or is awaiting his or her results from the California State Bar exam." Counsel's application does not assert that this exception applies or that another basis exists for the Court to grant counsel's application in this case notwithstanding counsel's local address of record.

Accordingly, the Application for Admission of Attorney Pro Hac Vice is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: August 16, 2017

_____
BETH LABSON FREEMAN
United States District Judge