Robert B. Pringle (SBN: 51365)
rpringle@winston.com
David Bloch (SBN: 184530)
dbloch@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-8540
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Noorossadat Torabi (SBN: 310124)
ntorabi@winston.com
Pooya Shoghi (Pro Hac Vice)
pshoghi@winston.com
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Brandon Duke (Pro Hac Vice)
bduke@winston.com
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone:    (713) 651-2636
Facsimile:    (713) 651-2700

Attorneys for Defendants
ZOOVE, INC.
VIRTUAL HOLD TECHNOLOGY LLC and
VHT STAR STAR LLC

Brady Cobb
bcobb@CobbEddy.com
COBB & EDDY
642 N.E. 3rd Avenue
Fort Lauderdale, FL 33304

Thomas FitzGibbon
tom@apexlaw.com
APEX LAW APC
233 Wilshire Bl., Ste. 400
Santa Monica, CA 90401

Attorneys for Defendant STARSTEVE

David W. Kesselman (SBN: 203838)
dkesselman@kbslaw.com
KESSELMAN BRANTLY STROCKINGER LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4556
Facsimile: (310) 307-4570

Julie D. Greathouse (Pro Hac Vice)
julie@ppgmrlaw.com
Jeffrey M. Swann (Pro Hac Vice)
jeff@ppgmrlaw.com
PPGMR LAW, PLLC
101 Morgan Keegan Drive, Suite A
Little Rock, AR 72202
Telephone: (501) 503-9000
Facsimile: (501) 603-0556

Attorneys for Plaintiff SUMOTEXT CORP.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SUMOTEXT CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZOOVE, INC., a Delaware corporation, d/b/a STARSTAR MOBILE; and VIRTUAL HOLD TECHNOLOGY LLC, a Delaware Limited Liability Company; STARSTEVE, LLC, a Florida limited liability company; and MBLOX, INC., a Delaware corporation,<br><br>Defendants. | Case Number: 5:16-CV-01370-BLF<br><br>**STIPULATED SCHEDULE & PROPOSED ORDER** |

The parties to the above-entitled action have met and conferred and jointly submit this STIPULATED SCHEDULE & PROPOSED ORDER pursuant to the Court's Case Management Order entered May 24, 2018. ECF 260

1. The parties stipulate to the following deadlines:

| | |
|---|---|
| Close of non-expert discovery: | Feb. 1, 2019 |
| Designation of case-in-chief expert(s) and disclosure of expert reports | Apr. 12, 2019 |
| Designation of rebuttal expert(s) and disclosure of rebuttal expert reports | May 24, 2019 |
| Designation of reply expert(s) and disclosure of reply expert reports | Jun. 21, 2019 |
| Close of expert discovery | July 26, 2019 |
| Motion for SJ – opening briefs | Aug. 30, 2019 |
| Motion for SJ – responsive briefs | Sept. 27, 2019 |

|  |  |
|---|---|
| Motion for SJ – reply briefs | Oct. 11, 2019 |
| Dispositive motion hearing deadline (set by Court at ECF 260) | Oct. 24, 2019 (at most two SJMs will be heard on this date) |
| Final pretrial conference (set by Court at ECF 260) | Jan. 30, 2020, 1:30 p.m. |
| Jury trial (set by Court at ECF 260) | Feb. 24, 2020 |

By signing this Stipulation and Proposed Order, the counsel for each party listed below concurs in its filing. This document is being filed through the Electronic Case Filing (ECF) system by attorney Julie D. Greathouse of PPGMR Law, PLLC. By this signature, she attests Plaintiff has obtained concurrence in the filing of this document from each counsel signing the stipulation, pursuant to Civil Local Rule 5-1(i)(3). Copies of those signature pages have been scanned in and attached in accordance with this Rule.

Dated: June 7, 2018

KESSELMAN BRANTLY STROCKINGER LLP
PPGMR LAW, PLLC

/s/Julie D. Greathouse
Julie D. Greathouse

David W. Kesselman (SBN: 203838)
*dkesselman@kbslaw.com*
Trevor V. Stockinger (SBN 226359)
tstockinger@kbslaw.com
KESSELMAN BRANTLY STROCKINGER LLP
1230 Rosecrans Ave., Suite 690
Manhattan Beach, CA 90266
Telephone: (310) 307-4556
Facsimile: (310) 307-4570

Julie D. Greathouse (Pro Hac Vice)
julie@ppgmrlaw.com
Jeffrey M. Swann (Pro Hac Vice)
*jeff@ppgmrlaw.com*
PPGMR LAW, PLLC
101 Morgan Keegan Drive, Suite A

Little Rock, AR 72202
Telephone: (501) 503-9000
Facsimile: (501) 603-0556

Attorneys for Plaintiff SUMOTEXT CORP.


WINSTON & STRAWN LLP

/s/David S. Bloch
David S. Bloch

Robert B. Pringle (SBN: 51365)
*rpringle@winston.com*
David Bloch (SBN: 184530)
*dbloch@winston.com*
WINSTON & STRAWN LLP
101 California Street                                S
San Francisco, CA 94111-8540
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Noorossadat Torabi (SBN: 310124)
*ntorabi@winston.com*
Pooya Shoghi (Pro Hac Vice)
*pshoghi@winston.com*
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

Brandon Duke (Pro Hac Vice)
*bduke@winston.com*
WINSTON & STRAWN LLP
1111 Louisiana Street, 25th Floor
Houston, TX 77002
Telephone:    (713) 651-2636
Facsimile:    (713) 651-2700

Attorneys for Defendants
ZOOVE, INC.,
VIRTUAL HOLD TECHNOLOGY LLC and
VHT STAR STAR LLC

APEX LAW, APC
COBB EDDY PLLC

/s/Thomas N. Fitzgibbon
Thomas N. Fitzgibbon

Thomas Fitzgibbon (SBN : 169194)
*tom@apexlaw.com*
APEX LAW, APC
233 Wilshire Boulevard, Ste. 400
Santa Monica, CA 90401
Telephone: (310) 230-5280
Facsimile: (310) 496-3175

Brady Cobb (Admitted Pro Hac Vice)
*bcobb@CobbEddy.com*
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, FL 33304
Telephone: (954) 527-4111
Facsimile: (954) 900-5507

Attorneys for Defendant STARSTEVE LLC

I, Julie D. Greathouse, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrences to the filing of this document has been obtained from each signatory hereto.

/s/Julie D. Greathouse
Julie D. Greathouse

PROPOSED ORDER

The above STIPULATED SCHEDULE is approved for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE