**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SUMOTEXT CORP., <br><br> Plaintiff, <br><br> v. <br><br> ZOOVE, INC., et al., <br><br> Defendants. | Case No. 16-cv-01370-BLF <br><br> **ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXHIBIT A UNDER SEAL** <br><br> [Re: ECF 275] |

On April 19, 2018, the Court issued an order dismissing Plaintiff's claims against Defendant Mblox without leave to amend. *See* Dismissal Order, ECF 251. Plaintiff has filed a motion for leave to file a motion for relief from that dismissal order, *see* ECF 274, and an administrative motion to seal the exhibit ("Exhibit A") which forms the basis for the motion for leave, *see* ECF 275.

Plaintiff brings the administrative motion to seal Exhibit A because that document has been designated confidential by another party, Defendant StarSteve. Under Civil Local Rule 79-5(e)(1), StarSteve was required to file a declaration within four days of Plaintiff's filing of the administrative motion, establishing that Exhibit A is sealable. StarSteve did not file the required declaration (or any other response) within the time provided. Accordingly, the administrative motion to seal is DENIED.

Under Civil Local Rule 79-5(e)(2), Plaintiff may file Exhibit A in the public docket no earlier than four days, and no later than ten days, after the filing of this order.

**IT IS SO ORDERED.**

Dated: September 18, 2018

BETH LABSON FREEMAN
United States District Judge