UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:**    6 Hours 3 Minutes

## CIVIL MINUTES  - JURY TRIAL

**Judge: Beth Labson Freeman**  **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:  2/28/2020**  **Court Reporter: Irene Rodriguez**
**Case No: 5:16-cv-01370-BLF**  **Interpreter: N/A**

## SUMOTEXT v. ZOOVE

Attorney(s) for Plaintiff(s): David Kessleman, Julie Greathouse, Christine Dillard, Trevor Stockinger
Attorney(s) for Defendant(s): David Bloch, Jie Li, Thomas FitzGibbon, Steven Berki, Michael Hogue

## PROCEEDINGS

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | 9:00 |   |   | Jury Seated/Call to Order |   |
|   |   | 9:03 |   |   | Cont. Direct Examination MILLER |   |
|   |   | 9:09 |   |   | Cross Examination MILLER |   |
|   | 671 | 9:12 | X | X | Exhibit #671 | Dft |
|   | 842 | 9:14 | X | X | Exhibit #842 | Dft |
|   | 622 | 9:18 | X | X | Exhibit #622 | Dft |
|   | 566 | 9:22 | X | X | Exhibit #566 | Dft |
|   | 698 | 9:24 | X | X | Exhibit #698 | Dft |
|   | 699 | 9:29 | X | X | Exhibit #699 | Dft |
|   |   | 9:29 |   |   | Side Bar Held |   |
|   | 629 | 9:32 | X | X | Exhibit #629 | Dft |
|   | 610 | 9:38 | X | X | Exhibit #610 | Dft |
|   | 564 | 9:42 | X | X | Exhibit #564 | Dft |
|   | 594 | 9:46 | X | X | Exhibit #594 | Dft |
|   |   | 9:49 |   |   | Side Bar Held |   |
|   | 1011 | 9:50 | X | X | Exhibit #1011 | Dft |
|   | 1012 | 9:51 | X | X | Exhibit #1012 | Dft |
|   | 1010 | 9:53 | X | X | Exhibit #1010 | Dft |

|  | 887 | 9:55 | X | X | Exhibit #887 | Dft |
|---|---|---|---|---|---|---|
|  | 595 | 10:02 | X | X | Exhibit #595 | Dft |
|  | 837 | 10:13 | X | X | Exhibit #837 | Dft |
|  |  | 10:38 |  |  | Recess |  |
|  |  | 10:55 |  |  | Jury Seated/Call to Order |  |
|  |  | 10:57 |  |  | Cross Examination MILLER (StarSteve) |  |
|  | 627 | 11:12 | X | X | Exhibit #627 | Dft |
|  |  | 11:32 |  |  | Re-Direct Examination MILLER |  |
|  |  | 12:00 |  |  | Lunch Recess |  |
|  |  | 1:15 |  |  | Jury Seated/Call to Order |  |
|  |  | 1:16 |  |  | Plaintiff Calls Dr. Alan Goedde |  |
|  |  | 1:18 |  |  | Direct Examination GOEDDE |  |
|  |  | 1:54 |  |  | Cross Examination GOEDDE |  |
|  |  | 2:35 |  |  | Cross Examination GOEDDE (StarSteve) |  |
|  |  | 2:50 |  |  | Re-Direct Examination GOEDDE |  |
|  |  | 2:55 |  |  | Recess |  |
|  |  | 3:10 |  |  | Jury Seated/Call to Order |  |
|  |  | 3:11 |  |  | Plaintiff Calls Wesley Hayden |  |
|  |  | 3:12 |  |  | Direct Examination HAYDEN |  |
| 3 |  | 3:18 | X | Not Admitted | Exhibit #3 | Plf |
| 574 |  | 3:20 | X | X | Exhibit #574 | Plf |
| 865 |  | 3:24 | X | Not Admitted | Exhibit #865 | Plf |
| 518 |  | 3:27 | X | X | Exhibit #518 | Plf |
| 526 |  | 3:32 | X | X | Exhibit #526 | Plf |
| 537R |  | 3:38 | X | X | Exhibit #537R | Plf |
|  |  | 3:40 |  |  | Side Bar Held |  |
|  |  | 3:47 |  |  | Cross Examination HAYDEN |  |
|  |  | 4:01 |  |  | Cross Examination HAYDEN (StarSteve) |  |

|  |  | 4:02 |  |  | Re-Direct Examination HAYDEN |  |
|---|---|---|---|---|---|---|
|  |  | 4:07 |  |  | Re-Cross Examination HAYDEN |  |
|  |  | 4:08 |  |  | Plaintiff Rests Case in Chief |  |
|  |  | 4:08 |  |  | Defense Moves for Rule 50(a) Motion |  |
|  |  | 4:08 |  |  | Defense Calls Greg Garvey |  |
|  |  | 4:09 |  |  | Direct Examination GARVEY |  |
|  | 547 | 4:27 | X | X | Exhibit #547 | Dft |
|  | 870 | 4:34 | X | X | Exhibit #870 | Dft |
|  | 575 | 4:41 | X | X | Exhibit #575 | Dft |
|  |  | 4:45 |  |  | Cross Examination GARVEY |  |
|  |  | 4:55 |  |  | Re-Direct Examination GARVEY |  |
|  |  | 4:59 |  |  | Jury Released for Evening |  |
|  |  | 4:59 |  |  | Discussion held outside the presence of the jury |  |
|  |  | 5:00 |  |  | Court Adjourns for Evening |  |

## ORDER AFTER HEARING

**Further Jury Trial Set for 3/02/2020 9:00 AM.**

**Exhibits Identified:**
**Pltf:** 3, 574, 865, 518, 526, 537R
**Deft:** 671, 842, 622, 566, 698, 699, 629, 610, 564, 594, 1011, 1012, 1010, 887, 595, 837, 527, 547, 870, 575

**Exhibits Admitted Into Evidence:**
**Pltf:** 574, 518, 526, 537R
**Deft:** 671, 842, 622, 566, 698, 699, 629, 610, 564, 594, 1011, 1012, 1010, 887, 595, 837, 527, 547, 870, 575

///

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**